IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02247-BNB

DAMIAN TURNER,

    Applicant,

v.

JAMES CROSS, Warden,

    Respondent.

---

ORDER CLOSING ACTION

---

    Applicant Damian Turner currently is incarcerated at the Federal Correctional Institution in Greenville, Illinois.  Originally, he filed a 28 U.S.C. § 2241 action challenging the constitutionality of his confinement in the United States District Court for the Southern District of Illinois (Southern District of Illinois).  He argues that pursuant to *Dorsey v. United States*, 132 S. Ct. 2321 (2012), he is entitled to resentencing under the five-year mandatory minimum guidelines of the 2010 Fair Sentencing Act.  The Southern District of Illinois found that it lacked jurisdiction to resentence Mr. Turner and ordered the action transferred to the sentencing court, the United States District Court for the District of Colorado, Case No. 07-cr-00172-CMA-23.

    Inadvertently, the instant action was opened.  The order of transfer and other documents should be entered in Case No. 07-cr-00172-CMA-23.  Accordingly, it is

ORDERED that the Clerk of the Court is directed to close the instant action and to enter the documents received from the Southern District of Illinois in Mr. Turner's criminal case, Case No. 07-cv-00172-CMA-23.

Dated: August 27, 2012

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court